**Rose M. O'NEAL, Plaintiff–Appellant,**

v.

**UNITED STATES of America; Department of the Army; Tripler Army Medical Center; Champus, Department of Defense, Defendants–Appellees.**

No. 02–2357.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 22, 2003.

Rose M. O'Neal, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Rose M. O'Neal appeals the district court's judgment dismissing her Federal Tort Claims Act complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See O'Neal v. United States,* CA–02–870–A (E.D.Va. Sept. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*